# EXHIBIT A

Int. Cl.: 16

Prior U.S. Cl.: 38

**United States Patent and Trademark Office**   Reg. No. 1,427,415
Registered Feb. 3, 1987

## TRADEMARK
PRINCIPAL REGISTER

# The New England Journal of Medicine

MASSACHUSETTS MEDICAL SOCIETY (MASSACHUSETTS CORPORATION)
1440 MAIN STREET
WALTHAM, MA 02254

FOR: MEDICAL JOURNALS, IN CLASS 16 (U.S. CL. 38).

FIRST USE 1-4-1962; IN COMMERCE 1-4-1962.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "JOURNAL", APART FROM THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 558,288, FILED 9-16-1985.

MARY C. MACK, EXAMINING ATTORNEY

# EXHIBIT B

Int. Cl.: 16

Prior U.S. Cl.: 38

**United States Patent and Trademark Office**  Reg. No. 1,428,321
Registered Feb. 10, 1987

## TRADEMARK
### PRINCIPAL REGISTER



MASSACHUSETTS MEDICAL SOCIETY (MASSACHUSETTS CORPORATION)
1440 MAIN STREET
WALTHAM, MA 02254

 FOR: MEDICAL JOURNALS, IN CLASS 16 (U.S. CL. 38).
 FIRST USE 1-4-1962; IN COMMERCE 1-4-1962.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE THE DATES "1812", "1823", "1828", "1928" AND "JOURNAL", APART FROM THE MARK AS SHOWN.
 SEC. 2(F).

SER. NO. 558,289, FILED 9-16-1985.

MARY C. MACK, EXAMINING ATTORNEY

# EXHIBIT C



"TBXFREE TV"

https://tbxfree.com/our-story.php

The feeling a cigarette smoker get when taking the product is so similar to having just smoked a cigarette that it eliminates the desire to smoke. The best part is thanks to the work of Francis Harry Compton Crick we are now able to eliminate smokers' chances of addiction.

## CURE RATE OVER TIME IN MONTHS

The NEW ENGLAND JOURNAL of MEDICINE

JOHNS HOPKINS UNIVERSITY

Harvard Health Publications
HARVARD MEDICAL SCHOOL
*Trusted advice for a healthier life*

FACTS:

THE TBX-FREE™ DIFFERENCE:

# EXHIBIT D



## HOW DOES TBX-FREE COMPARE TO OTHER STOP SMOKING AIDS?



  

**FACTS:** Why does nicotine patch and nicotine gum combined have a cure rate of 5% or less when it comes to smoking cessation? Smokers try to stop smoking with the help of a product in the nicotine replacement therapy such as the nicotine patch and the nicotine gum. While these products can help individuals stop smoking for a little while, it can never remove the nicotine from your bloodstream and it can't erase any withdrawal symptoms. In time the patch and the gum causes another form of nicotine addiction with withdrawal symptoms which cause smokers trying to quit to relapse back to cigarettes.

**The TBX-FREE™ Difference:**
TBX-FREE™ has no nicotine, no tobacco, no tar and no withdrawals. The core ingredient in TBX-FREE™ gives smokers the sensation of just having smoked a cigarette when use as recommended. As smokers transition from cigarettes to TBX-FREE™, the body begins to cleanse itself of nicotine in the bloodstream and organs. TBX-FREE™ allows smokers to stop smoking once and for all without the use of nicotine. In clinical studies cited in The New England Journal of Medicine, the active ingredient in TBX-FREE™ has an 88% cure care compared to the patch and gum combined.



# EXHIBIT E





H:\Redwood Scientifc Technologies_TBX Free Commercial Screenshots.docx