Mark A. Steiner (SBN 88124)
masteiner@duanemorris.com
Justin J. Fields (SBN 259491)
jfields@duanemorris.com
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Telephone: +1 415 957 3000
Fax: +1 415 957 3001

Attorneys for Plaintiff
THE MASSACHUSETTS MEDICAL
SOCIETY, a Massachusetts Corporation

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

JS-6

FILED
CLERK, U.S. DISTRICT COURT
September 6, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

THE MASSACHUSETTS MEDICAL SOCIETY, a Massachusetts Corporation,

Plaintiff,

v.

REDWOOD SCIENTIFIC TECHNOLOGIES, a California Corporation,

Defendant.

Case No.: 2:17-cv-03338-SJO-PLA

**CONSENT DECREE OF PERMANENT INJUNCTION**

IT IS HEREBY ADJUDGED, DECREED AND ORDERED that Plaintiff The Massachusetts Medical Society ("Plaintiff") has used THE NEW ENGLAND JOURNAL OF MEDICINE trademark since at least as early as January 4, 1962 and owns, and has used in commerce, the ![The New England Journal of Medicine] trademark for medical journals and the ![seal] trademark for medical journals, and is the owner of U.S. Registration Nos. 1427415 and 1428321 for those trademarks issued by the United States Patent and Trademark Office, which registrations are valid and subsisting (collectively, the "NEJM Marks").

IT IS FURTHER ADJUDGED, DECREED AND ORDERED that, based on Plaintiff's federal trademark registrations and use of its marks in commerce, Plaintiff owns the exclusive right to use the NEJM Marks.

///

IT IS FURTHER ADJUDGED, DECREED AND ORDERED that Defendant Redwood Scientific Technologies ("Defendant") and its agents, employees, successors, assigns, affiliates, joint venturers and any person(s) in active concert with it, and/or any person(s) action for, with, by or through it, shall be henceforth permanently enjoined from using or authorizing any third party to use the NEJM Marks and any other logotype, trademark, phrase or designation that is likely to be confused with Plaintiff's NEJM Marks.

IT IS FURTHER ADJUDGED, DECREED AND ORDERED that Defendant and its agents, employees, successors, assigns, affiliates, joint venturers and any person(s) in active concert with it, and/or any person(s) action for, with, by or through it, shall immediately remove and destroy all marketing, promotional materials and advertisements and other materials in printed or electronic form bearing the NEJM Marks and any other logotype, trademark, phrase or designation that is likely to be confused with Plaintiff's NEJM Marks.

IT IS FURTHER ADJUDGED, DECREED AND ORDERED that Defendant shall immediately remove and cause to be removed all references to the NEJM Marks from its website and any other Internet references.

IT IS FURTHER ADJUDGED, DECREED AND ORDERED that Defendant shall immediately cease all acts or things likely to induce or that induces the mistaken belief that Defendant's products are in any way affiliated, connected, or associated with Plaintiff or its NEW ENGLAND JOURNAL OF MEDICINE medical journal, or that Plaintiff or its NEW ENGLAND JOURNAL OF MEDICINE medical journal in any way approves, sponsors, or endorses Defendant's products.

IT IS FURTHER ADJUDGED, DECREED AND ORDERED that this Court shall retain jurisdiction to interpret and enforce this CONSENT DECREE OF PERMANENT INJUNCTION.

IT IS FURTHER ADJUDGED, DECREED AND ORDERED that each party shall bear its own respective attorneys' fees, costs and expenses in connection with this Action, but that the Court may award attorneys' fees, costs and expenses in connection with motions for contempt of this CONSENT DECREE OF PERMANENT INJUNCTION.

IT IS FURTHER ADJUDGED, DECREED AND ORDERED that Defendant waives any and

all rights to a hearing or appeal of this Action. This Court's Orders regarding ownership of the subject trademarks are made without prejudice to third parties to claim otherwise.

IT IS FURTHER ADJUDGED, DECREED AND ORDERED that Plaintiff retains its right to pursue any administrative or civil action or remedy available to it with respect to any violation or contempt of this CONSENT DECREE OF PERMANENT INJUNCTION by Defendant.

WHEREFORE, based on the foregoing, the parties request entry of this CONSENT DECREE OF PERMANENT INJUNCTION.

**IT IS SO ORDERED AND JUDGMENT IS HEREBY ENTERED,**

Signed this <u>6th</u> day of <u> September </u>, 2017  *S. James Otero*

---

Honorable S. James Otero
United States District Judge

**AGREED AND STIPULATED TO:**

_____
MARK A. STEINER, California Bar No. 088124
JUSTIN J. FIELDS, California Bar No. 259491
Duane Morris LLP
One Market Plaza, Spear Tower, Suite 2200
San Francisco, CA 94105-1127
Telephone: 415/957-3000
Facsimile: 415/957-3001
Email: masteiner@duanemorris.com
        jfields@duanemorris.com
*Attorney for Plaintiff*


_____
ALLAN H. GRANT, California State Bar No. 213658
Grant's Law Firm
17351 Greentree Drive
Riverside, CA 92503-6762
Telephone: 951/544-5248
Email: allan_grant@sbcglobal.net
*Attorney for Defendant*